27415.   BROOKS v. THE STATE.
27416.   McCLAIN v. THE STATE.

UNDERCOFLER, Justice. The Court of Appeals has certified the following question for decision: "In the absence of a certificate for immediate review, is the denial of a motion for change of venue under Code § 27-1201 standing alone an appealable judgment under the Appellate Practice Act?" *Held:*

Section 1 of the Georgia Laws of 1972, p. 536, repealed the "Change of Venue" Chapter 27-12 of the Code of 1933 and provided: "Section 27-1202. Appeals from the denial of a change of venue shall be governed by the provisions of the Appellate Practice Act." Therefore the decision of *Arkwright v. State,* 226 Ga. 192 (3b) (173 SE2d 179) is no longer applicable. The denial of a motion for change of venue is not a final judgment and there is no provision in the Appellate Practice Act for an appeal therefrom without a certificate of immediate review. Ga. L. 1968, p. 1072 (*Code Ann.* § 6-701).

*Certified question answered in the negative. All the Justices concur.*

ARGUED SEPTEMBER 12, 1972—DECIDED OCTOBER 5, 1972.

*Nicholas C. McDaniel,* for appellants.
*Thomas W. Ridgway, District Attorney,* for appellee.